USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

FAR EASTERN SHIPPING CO., PLC,             :        08 Civ. 11052 (SHS)

               Plaintiff,             :

      -against-             :        ORDER

WESTMARK TRADE SERVICES INC., *ET AL.*,   :

           Defendants.             :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

      A pretrial conference having been held today, with counsel for plaintiff present,

and no appearance on behalf of defendant,

      IT IS HEREBY ORDERED that the next pretrial conference will be held on July

9, 2009, at 10:00 a.m.

Dated: New York, New York
      June 9, 2009

SO ORDERED:

Sidney H. Stein, U.S.D.J.